AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CARL CURTIS HODGES,
Individually, and
HODGES BROTHERS, INC.,
HODGERS BROTHERS ROOFING, INC.,

    Plaintiffs

        V.

SCHOOL BOARD OF ORANGE
COUNTY, FLORIDA

SUMMONS IN A CIVIL CASE

CASE NUMBER: 6:11-cv-135-Orl-18GJK

TO:   SCHOOL BOARD OF ORANGE COUNTY, FLORIDA
       445 W. Amelia Street
       Orlando, FL 32801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Lindsay N. Oyewale Esquire
Thomas F. Neal, Esquire
de Beaubien, Knight, Simmons, Mantzaris & Neal, LLP
332 North Magnolia Avenue
Post Office Box 87
Orlando, Florida 32802-0087
Telephone: (407) 422-2454
Facsimile: (407) 849-1845

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE: 1-28-11