UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARL CURTIS HODGES and HODGES
BROTHERS ROOFING, INC.,

    Plaintiffs,

v.                                                         Case No: 6:11-cv-135-Orl-36GJK

SCHOOL BOARD OF ORANGE
COUNTY, FLORIDA,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on October 22, 2014 (Doc. 355). In the Report and Recommendation, Magistrate Judge Kelly recommends that the Court (1) grant the Plaintiffs' Motion to Correct Calculation/Scrivener's Error and to Reduce Attorneys' Fee Request by $25,212.00 (Doc. 348) but only to the extent that Plaintiffs are entitled to a rate of $150.00 per hour for the time Mr. Miller worked as an associate and a rate of $90.00 per hour for the time he worked as a law clerk and deny the Motion to Correct in all other respects; and (2) grant Plaintiffs' Verified Amended Motion to Quantify Attorneys' Fees and Costs (Doc. 345) to the extent Plaintiffs should be awarded $713,945.25 in attorneys' fees, and $26,375.50 in expenses; and otherwise, deny the Motion.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED that**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 355) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiffs' Motion to Correct Calculation/Scrivener's Error and to Reduce Attorneys' Fee Request by $25,212.00 (Doc. 348) is GRANTED in part and DENIED in part;

(3) Plaintiffs are awarded a rate of $150.00 per hour for the time Mr. Miller worked as an associate and a rate of $90.00 per hour for the time he worked as a law clerk

(4) Plaintiffs' Verified Amended Motion to Quantify Attorneys' Fees and Costs (Doc. 345) is GRANTED in part and DENIED in part;

(5) Finding these attorneys' fees and expenses to be reasonable, Plaintiffs are awarded $713,945.25 in attorneys' fees, and $26,375.50 in expenses against Defendant School Board of Orange County, Florida;

(6) The Clerk is directed to enter judgment accordingly.

**DONE AND ORDERED** at Tampa, Florida on November 13, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Gregory J. Kelly
Counsel of Record